ELMER M. KIMBARK, Plaintiff, *v.* WALDEMAR COMPANY, et al., Defendants.

LOUIS LEAVITT, Plaintiff, *v.* WALDEMAR COMPANY et al., Defendants.

In the Matter of MORIS MOSCOVITZ, Appellant, against HENRY A. WISE, as Receiver, Respondent.

*Kimbark* v. *Waldemar Co.*, 169 App. Div. 239, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

August 20, 1915, modifying an order of the Special Term by reversing a provision for a reference to ascertain damages sustained by the appellant here, on account of his eviction from premises held under a receiver's lease.

*Charles Goldzier* for appellant.

*Evan Shelby* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Dissenting: SEABURY, J.